# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

TROY ELDRIDGE,

    Plaintiff,

v.

PET SUPERMARKET, INC.,

    Defendant.

CASE NO. 1:18-cv-22531-KMW

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Troy Eldridge in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Order dismissing this action for lack of Article III standing (ECF No. 148). Pursuant to Federal Rule of Appellate Procedure 3(c)(3), Plaintiff states this is a putative class action, that a Magistrate Judge has recommended the certification of a class (ECF No. 89), but that the presiding District Judge has taken no action on the Magistrate's recommendation.

    Respectfully submitted,

April 6, 2020

**CAREY RODRIGUEZ MILIAN GONYA, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone:    (305) 372-7474
Facsimile:    (305) 372-7475

By: */s/ Ruben Conitzer*
David P. Milian    (Fla. Bar No. 844421)
Juan J. Rodriguez  (Fla. Bar No. 613843)
Ruben Conitzer    (Fla. Bar No. 100907)
Email: dmilian@careyrodriguez.com
          jrodriguez@careyrodriguez.com
          rconitzer@careyrodriguez.com
*Counsel for Plaintiff Troy Eldridge*