Case 1:18-cv-22531-KMW Document 152 Entered on FLSD Docket 05/11/2020 Page 1 of 2
Case: 20-11321 Date Filed: 05/11/2020

FILED HH
U.S.D.C.

May 11, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 11, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 20-11321-HH
Case Style: Troy Eldridge v. Pet Supermarket, Inc.
District Court Docket No: 1:18-cv-22531-KMW

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-11321-HH
_____

TROY ELDRIDGE,

                                                  Plaintiff - Appellant,

versus

PET SUPERMARKET, INC.,

                                                  Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Troy Eldridge's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective May 11, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Christopher Bergquist, HH, Deputy Clerk

                                                  FOR THE COURT - BY DIRECTION